# EXHIBIT C
## Defendants' Collection Letter to Plaintiff, March 25, 2019




**LAKE CITY CREDIT**

Toll Free 844-566-3557
Facsimile 940-445-6771
Info@lakecitycredit.com
www.lakecitycredit.com

Account ID:

Original Creditor:
CONTINENTAL FINANCE
Current Creditor:
Lake City Credit

Original Account Number:
26926

**ACCOUNT SUMMARY**
AMOUNT: $642.45
INTEREST: $1,187.78
TOTAL:    $1,830.23

**TOTAL OFFER AMOUNT**
**$915.12**

Primary Recovery Department
Post Office Box 1866
Lake Dallas, TX 75065

March 25, 2019

### DEBT RESOLUTION OFFER 2019 TAX SEASON

Dear KYLE KOCH,

We previously have had contact with you in regards to an account originally with **CONTINENTAL FINANCE**, now with Lake City Credit that has a current total balance due of **$1,830.23**.

USE YOUR TAX REFUND OR THIS OFFER TO RESOLVE THIS MATTER IN FULL.

- Accept and make arrangements for this discounted amount no later than April 15, 2019 to take advantage of this Tax Season Offer and clear your entire account for only $915.12.
- Start paying this offer no later than May 1st, 2019 and you can also use up to 6 payments!
- Once cleared funds are received you may request that we report to all three credit bureaus for deletion if qualified. Please note this offer will expire on April 15, 2019.
- To insure proper credit, please include the Account ID on all correspondence.

Sincerely,

Recovery Department
info@lakecitycredit.com
844-566-3557 (phone)
940-445-6771 (fax)

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

| ✉ Mail | ☎ Call | 💻 Online |
|---|---|---|
| Lake City Credit<br>Primary Recovery Dept.<br>P.O. BOX 1866<br>Lake Dallas TX<br>75065 | Call at:<br>940-239-7600<br>To discuss payment<br>arrangements | Pay on-line at:<br>www.lakecitycredit.com<br>Your Account ID is:<br>1333235-1 |

DETACH AND RETURN THE BELOW PORTION WITH PAYMENT

PO BOX 1866
LAKE DALLAS TX  75065



IF PAYING BY CREDIT CARD, PLEASE CHOOSE THE CARD

| CARD NUMBER | | EXP DATE |
|---|---|---|
| CARD HOLDER NAME | | CCV CODE |
| SIGNATURE OF CARD HOLDER | | |

| NOTICE DATE | ACCOUNT ID | AMOUNT DUE |
|---|---|---|
| 3/25/2019 | 1333235-1 | $915.12 |

AMOUNT ENCLOSED
$

RETURN SERVICE REQUESTED

KYLE KOCH

LAKE CITY CREDIT
PRIMARY RECOVERY DEPARTMENT
PO BOX 1866
LAKE DALLAS TX  75065

ICL78-0325-1173304936-02763-2763

S1702S0D2697