UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| KYLE KOCH | § § | |
| Plaintiff | § § | Case No. 6:19-cv-667 |
| v. | § § | Ad Damnum: $2,000 + Fees & Costs |
| LAKE CITY CREDIT, LLC and GARY S. WILLIKY | § § § | Jury Trial Demanded |
| Defendant | § § | |

**DEFENDANT LAKE CITY CREDIT, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COMES Defendant Lake City Credit, LLC ("Lake City"), through counsel and under the Federal Rules of Civil Procedure, submits this Answer and Affirmative Defenses to the Complaint filed by Plaintiff Kyle Koch ("Plaintiff") and state as follows:

**PRELIMINARY STATEMENT**

1. Lake City admits Plaintiff filed this action for alleged violations of the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act.

**JURISDICTION AND VENUE**

2. Lake City denies the allegations in ¶ 2.

3. Lake City denies the allegations in ¶ 3.

4. Lake City denies the allegations in ¶ 4.

5. Lake City denies the allegations in ¶ 5.

**PARTIES**

**Mr. Koch**

6. Lake City denies the allegations in ¶ 6 as calling for a legal conclusion.

---
**DEFENDANT LAKE CITY CREDIT, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT – Page 1**

### Lake City Credit

7. Lake City admits it is a Delaware limited liability company with an office located at 2000 South Stemmons Freeway, Suite 102, Lake Dallas, Texas 75065. Except as specifically admitted, Lake City denies the allegations in ¶ 7.

8. Lake City admits it is registered to conduct business in the State of Florida. Lake City further admits it is registered agent is Corporation Service Company located at 1201 Hays Street, Tallahassee, Florida 32301.

### Williky

9. Lake City denies the allegations in ¶ 9 for lack of knowledge or information sufficient to form a belief therein.

10. Lake City denies the allegations in ¶ 10.

11. Lake City denies the allegations in ¶ 11 for lack of knowledge or information sufficient to form a belief therein.

### Williky's History of Fraud

12. Lake City denies the allegations in ¶ 12 as not relevant to the claims and harassing.

13. Lake City denies the allegations in ¶ 13 as not relevant to the claims and harassing.

14. Lake City denies the allegations in ¶ 14 as not relevant to the claims and harassing.

15. Lake City denies the allegations in ¶ 15 as not relevant to the claims and harassing.

16. Lake City denies the allegations in ¶ 16 as not relevant to the claims and harassing.

17. Lake City denies the allegations in ¶ 17 as not relevant to the claims and harassing.

18. Lake City denies the allegations in ¶ 18 as not relevant to the claims and harassing.

19. Lake City denies the allegations in ¶ 19 as not relevant to the claims and harassing.

20. Lake City denies the allegations in ¶ 20 as not relevant to the claims and harassing.

21. Lake City denies the allegations in ¶ 21 as not relevant to the claims and harassing.

22. Lake City denies the allegations in ¶ 22 as not relevant to the claims and harassing.

23. Lake City denies the allegations in ¶ 23 as not relevant to the claims and harassing.

## **The Defendants are Debt Collectors**

24. Lake City denies the allegations in ¶ 24.

25. Lake City denies the allegations in ¶ 25.

## FACTUAL ALLEGATIONS

### The Alleged Debt

26. Lake City denies the allegations in ¶ 26 for lack of knowledge or information sufficient to form a belief therein.

27. Lake City denies the allegations in ¶ 27 for lack of knowledge or information sufficient to form a belief therein.

28. Lake City denies the allegations in ¶ 28 for lack of knowledge or information sufficient to form a belief therein.

29. Lake City denies the allegations in ¶ 29 for lack of knowledge or information sufficient to form a belief therein.

### Discharge of the Debt in Chapter 7 Bankruptcy

30. Lake City denies the allegations in ¶ 30 for lack of knowledge or information sufficient to form a belief therein.

31. Lake City denies the allegations in ¶ 31 for lack of knowledge or information sufficient to form a belief therein.

32. Lake City denies the allegations in ¶ 32 for lack of knowledge or information sufficient to form a belief therein.

### Defendants' Collection Letter to Plaintiff

33. Lake City's letter speaks for itself and is the best evidence of its content. To the extent the allegations in ¶ 33 state otherwise, denied.

34. Lake City denies the allegations in ¶ 34.

35. Lake City's letter speaks for itself and is the best evidence of its content. To the extent the allegations in ¶ 35 state otherwise, denied.

36. Lake City denies the allegations in ¶ 36.

37. Lake City's letter speaks for itself and is the best evidence of its content. To the extent the allegations in ¶ 37 state otherwise, denied.

38. Lake City denies the allegations in ¶ 38.

39. Lake City denies the allegations in ¶ 39.

40. Lake City denies the allegations in ¶ 40.

## **Defendants' Impermissible Addition of Interest**

41. Lake City's letter speaks for itself and is the best evidence of its content. To the extent the allegations in ¶ 41 state otherwise, denied.

42. Lake City's letter speaks for itself and is the best evidence of its content. To the extent the allegations in ¶ 42 state otherwise, denied.

43. Lake City denies the allegations in ¶ 43.

44. Lake City denies the allegations in ¶ 44.

45. Lake City denies the allegations in ¶ 45.

46. Lake City denies the allegations in ¶ 46.

47. Lake City denies the allegations in ¶ 47.

48. Lake City denies the allegations in ¶ 48.

49. Lake City denies the allegations in ¶ 49.

50. Lake City denies the allegations in ¶ 50.

51. Lake City denies the allegations in ¶ 51.

52. Lake City denies the allegations in ¶ 52.

**Defendants' First Claim that Debt Was Being Reported to Credit Bureaus**

53. Lake City's letter speaks for itself and is the best evidence of its content. To the extent the allegations in ¶ 53 state otherwise, denied.

54. Lake City denies the allegations in ¶ 54.

55. Lake City denies the allegations in ¶ 55.

56. Lake City denies the allegations in ¶ 56.

57. Lake City denies the allegations in ¶ 57.

58. Lake City denies the allegations in ¶ 58.

59. Lake City denies the allegations in ¶ 59.

60. Lake City denies the allegations in ¶ 60.

**Williky's Familiarity with the FCRA**

61. Lake City denies the allegations in ¶ 61 for lack of knowledge or information sufficient to form a belief therein.

62. Lake City denies the allegations in ¶ 62 for lack of knowledge or information sufficient to form a belief therein.

63. Lake City denies the allegations in ¶ 63 for lack of knowledge or information sufficient to form a belief therein.

64. Lake City denies the allegations in ¶ 64 for lack of knowledge or information sufficient to form a belief therein.

65. Lake City denies the allegations in ¶ 65 for lack of knowledge or information sufficient to form a belief therein.

66. Lake City denies the allegations in ¶ 66 for lack of knowledge or information sufficient to form a belief therein.

### Defendants Failed to Provide Notice of Assignment of Debt

67. Lake City denies the allegations in ¶ 67.

68. Lake City denies the allegations in ¶ 68.

69. Lake City denies the allegations in ¶ 69.

70. Lake City denies the allegations in ¶ 70.

### Defendants Collected Debt without a Florida License

71. Lake City denies the allegations in ¶ 71.

72. Lake City denies the allegations in ¶ 72.

73. Lake City denies the allegations in ¶ 73.

74. Lake City denies the allegations in ¶ 74.

75. Lake City denies the allegations in ¶ 75 for lack of knowledge or information sufficient to for a belief therein.

### COUNT I
### VIOLATIONS OF THE FDCPA

76. Lake City reasserts the foregoing as if fully stated herein.

77. Lake City denies the allegations in ¶ 77, including subparts A-F.

78. Lake City denies the allegations in ¶ 78, including subparts A-C.

79. Lake City denies the allegations in ¶ 79.

80. Lake City denies the allegations in ¶ 80.

81. Lake City denies the allegations in ¶ 81.

82. Lake City denies the allegations in ¶ 82, including subparts A-F.

83. Lake City denies the allegations in ¶ 83.

84. Lake City denies the allegations in ¶ 84.

85. Lake City denies the allegations in ¶ 85.

86. Lake City denies the allegations in ¶ 86.

## COUNT II
## VIOLATIONS OF THE FCCPA

87. Lake City reasserts the foregoing as if fully stated herein.

88. Lake City denies the allegations in ¶ 88.

89. Lake City denies the allegations in ¶ 89, including subparts A-D.

90. Lake City denies the allegations in ¶ 90.

91. Lake City denies the allegations in ¶ 91.

## JURY TRIAL DEMANDED

92. Lake City admits Plaintiff has demanded a jury trial but denies any violations, liability, or wrongdoing under the law. Except as specifically admitted, Lake City denies the allegations on page 18.

## LAKE CITY'S AFFIRMATIVE DEFENSES

93. To the extent that any violations are established, any such violations were not intentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

94. Lake City denies any liability; however, regardless of liability, plaintiff has suffered no actual damages as a result of Lake City's purported violations.

95. One or more claims asserted by plaintiff is barred by the statute of limitations, laches, estoppel, waiver and/or unclean hands.

96. Assuming that Plaintiff suffered any damages, he has failed to mitigate his damages or take other reasonable steps to avoid or reduce his damages.

97. Any harm suffered by plaintiff was legally and proximately caused by persons or entities other than Lake City and were beyond the control or supervision of Lake City or for whom Lake City was and is not responsible or liable.

WHEREFORE, Defendant Lake City Credit, LLC, requests the Court dismiss this action with prejudice and grant it any other relief the Court deems appropriate.

Respectfully submitted,

/S/ Elizabeth Blanco

Elizabeth Fite Blanco, Esq.
Florida Bar No. 644439
**Sessions, Fishman, Nathan & Israel**
3350 Busch Wood Park Drive, Suite 195
Tampa, Florida 33618
Tel.: (813) 890-2461
Fax: (866) 466-3140
eblanco@sessions.legal

*Local Counsel for Defendant Lake City Credit, LLC*

David R. Clouston
Texas State Bar No. 00787253
Leslye E. Moseley
Texas State Bar No. 24044557
**Sessions Fishman Nathan & Israel LLC**
900 Jackson Street
Suite 440
Dallas, Texas 75202
Telephone: 214-741-3001
Facsimile: 214-741-3055
dclouston@sessions.legal
lmoseley@sessions.legal

*Counsel for Defendant Gary S. Wiliky*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served by ECF and U.S. Mail, postage prepaid, on May 28, 2019, on all counsel or parties of record on the service list.

/s/ Elizabeth Blanco
Elizabeth Blanco, Esq.