UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


**KYLE KOCH,**

        **Plaintiff,**

**v.**                                          **Case No:  6:19-cv-667-Orl-41GJK**

**LAKE CITY CREDIT, LLC and GARY
S. WILLIKY,**

        **Defendants.**

_____/

### ORDER

      THIS CAUSE is before the Court on Defendant Williky's Motion to Dismiss (Doc. 17).

United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 37),

in which he recommends denying Defendant Williky's Motion.

      After a *de novo* review of the record, and noting that no objections were timely filed, this

Court agrees entirely with the analysis set forth in the R&R. Accordingly, it is **ORDERED** and

**ADJUDGED** as follows:

1.  The Report and Recommendation (Doc. 37) is **ADOPTED** and **CONFIRMED** and

    is made a part of this Order.

2.  Defendant Williky's Motion to Dismiss (Doc. 17) is **DENIED**.

    **DONE** and **ORDERED** in Orlando, Florida on August 7, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record